JUDGEMENT / SENTENCE DATE 3-26-15
MOTION FOR NEW TRIAL FILED X YES ___ NO DATE 3-26-15

_____
Deputy District Clerk

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/14/2015 1:47:17 PM
LISA MATZ
Clerk

THE STATE OF TEXAS

VS. Jared Assaledo

CAUSE NO. _____

_____ DISTRICT COURT

DALLAS COUNTY, TEXAS

DRAWER #40

### DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein.

WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

JIM HAMLIN
DISTRICT CLERK
Dallas County, Texas

By _____
Deputy District Clerk

### ORDER

The Defendant having requested the Court to appoint Counsel,

it is Ordered the Honorable PD - Appellate _____,

Address:_____

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____, _____, and make Statement of Facts in duplicate and furnish same to defendant
or his appointed Counsel.

_____
Judge

FORM 40

CAUSE NO. F13-332654

| STATE OF TEXAS | )( | IN THE 283rd JUDICIAL DISTRICT |
| VS. | )( | COURT OF DALLAS COUNTY, TEXAS |
| JARED ASSAVEDO | )( | JANUARY TERM, A.D., 2015 |

FILED
2015 MAR 26 PH 3:16
LISA MATZ
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

CHARGE OF THE COURT

MEMBERS OF THE JURY:

The defendant, Jared Assavedo, stands charged by indictment with the offense of aggravated assault, alleged to have been committed on or about the 18th day of January, 2013, in Dallas County, Texas.

To this charge the defendant has pleaded not guilty.

You are instructed that the law applicable to this case is as follows:

A person commits an assault if the person intentionally or knowingly or recklessly causes bodily injury to another.

A person commits an aggravated assault if the person commits an assault, as defined above, and the person causes serious bodily injury to another; or uses or exhibits a deadly weapon during the commission of the assault.

A "deadly weapon" means anything manifestly designed, made, or adapted for the purpose of inflicting death, serious bodily injury, or anything in the manner of its use or intended use is capable of causing death or serious bodily injury.

"Serious bodily injury" means bodily injury that creates a substantial risk of death or that causes death, serious permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

"Bodily injury" means physical pain, illness, or any impairment of physical condition.

A person acts intentionally, or with intent, with respect to the nature of his conduct or to a result of his conduct when it is his conscious objective or desire to engage in the conduct or cause the result.

A person acts knowingly, or with knowledge, with respect to the nature of his conduct or to circumstances surrounding his conduct when he is aware of the nature of his conduct or that the circumstances exist. A person acts knowingly, or with knowledge, with respect to a result of his conduct when he is aware that his conduct is reasonably certain to cause the result.

A person acts recklessly, or is reckless, with respect to the result of his conduct when he is aware of but consciously disregards a substantial and unjustifiable risk that the result will occur. The risk must be of such a nature and degree that its disregard constitutes a gross deviation from the standard of care that an ordinary person would exercise under all the circumstances as viewed from the actor's standpoint.

You are instructed that if there is any testimony before you in this case regarding the defendant's having committed an offense, if any, other than the offense, if any, alleged against him in the indictment in this cause, you cannot consider said testimony for any purpose whatsoever. You shall not consider said evidence, if any, as any evidence of the defendant's guilt in this case.

Now, bearing in mind the foregoing instructions, if you believe from the evidence beyond a reasonable doubt that the defendant, Jared Assavedo, on or about the 18th day of January, 2013, in the County of Dallas and State of Texas, did then and there intentionally, knowingly or recklessly cause serious bodily injury to another, namely, Claudia Lopez, hereinafter called complainant, by striking a motor vehicle occupied and operated by complainant with a motor vehicle operated by said defendant or by forcing complainant's motor vehicle from the roadway, you will find the defendant guilty of the offense of aggravated assault, as charged in the indictment.

If you do not so believe, or if you have a reasonable doubt thereof, then you will acquit the defendant and say by your verdict "not guilty.

You are further instructed that an indictment is no evidence of guilt, and in this case you shall not consider the indictment herein as any evidence of guilt.

In all criminal cases the burden of proof is on the State. All persons are presumed to be innocent and no person may be convicted of an offense unless each element of the offense is proved beyond a reasonable doubt.

The fact that the defendant has been arrested, confined, indicted or otherwise charged with an offense gives rise to no inference of guilt at this trial.

Upon retiring to the jury room, your first order of business should be to select a presiding juror.

You are further instructed that your verdict must be unanimous and shall be arrived at by due deliberation and not by drawing lots or any other method of chance.

You are the exclusive judges of the facts proved, the credibility of the witnesses, and the weight to be given their

testimony, but you are bound to receive the law from the Court

which is herein given you and be governed thereby.

_____
JUDGE RICK MAGNIS
283rd Judicial District Court

VERDICT SHEET


We, the jury, find the defendant guilty of aggravated assault, as charged in the indictment.


_____TDK_____
INITIALS OF PRESIDING JUROR


-OR -


We, the jury, find the defendant not guilty.


_____
INITIALS OF PRESIDING JUROR


If you have found the defendant guilty then you will next answer the following special issue.

Now, if you have found the defendant guilty and you further find beyond a reasonable doubt that the defendant used or exhibited a deadly weapon, namely, a motor vehicle during the commission of the offense, you will answer the following special issue "Yes," and so state in your verdict, but if you do not so find, or if you have a reasonable doubt thereof, you will answer the following special issue "No," and so state in your verdict.

## SPECIAL ISSUE

Do you, the jury, find from the evidence beyond a reasonable doubt that the defendant used or exhibited a deadly weapon, a motor vehicle, during the commission of the offense?

Answer "Yes" or "No": _____Yes_____

FILED

THE STATE OF TEXAS 2015 MAR 26 PH 3: 02    CAUSE NO. F 13-33264-T

VS.

Jared Assavedo

_____JUDICIAL 283rd_   DISTRICT COURT ___

DISTRICT CLERK
DALLAS CO. TEXAS
_____DEPUTY          DALLAS COUNTY, TEXAS

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant in the above cause and by his Attorney, and moves the Court to grant him a New Trial herein for the good and sufficient reason that the verdict is contrary to the law and evidence.

Wherefore, Defendant prays the Court grant a new trial herein.

Respectfully submitted,

_____
Attorney for Defendant

## ORDER

The above Motion is hereby:

☐ (GRANTED)    ☐ (OVERRULLED)

_____
JUDGE